1.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 0 4 2009
P.M.
TIME A.M.

October 5, 2009

Alicia Soto
17-14 gates Ave
Ridgewood NY 11385
DOB 5/11/58

United States District Court
Honorable Judge Sandra L. Townes
225 Cadman Plaza East
Brooklyn New York 11201

Dear Honorable Judge Sandra L. Townes,

I am requesting more time due to an unexpected family matter. I am going to Puerto Rico on October 16, 2009 and will return on November 30, 2009. I unfortunately will be unavailable during this time. I am forwarding a copy of this letter to James R. Cho. In addition, I have also included a copy of this letter for you. If you have any further questions or want to speak with me please do not hesitate to call. My phone number is (718) 417-6078 and cell 1-347-429-1581.

Sincerely,
Alicia Soto

*Ordered:* Plaintiff's application is granted; Plaintiff is to serve her opposition on or before January 8, 2010; and Commissioner is to serve his reply, if any, and the fully briefed motions and the administrative record by January 22, 2010.

The application is  X granted.
SO ORDERED.          ___ denied.

/ Sandra L. Townes, U.S.D.J.
Dated: 10/9/09
Brooklyn, New York

October 5, 2009

Alicia Soto
17 -14 gates Ave
Ridgewood NY 11385
DOB 5/11/58



United States District Court
Honorable Judge Sandra L. Townes
225 Cadman Plaza East
Brooklyn New York 11201



Dear Honorable Judge Sandra L. Townes,


I am requesting more time due to an unexpected family matter. I am going to Puerto Rico on October 16, 2009 and will return on November 30, 2009. I unfortunately will be unavailable during this time. I am forwarding a copy of this letter to James R. Cho. In addition, I have also included a copy of this letter for you. If you have any further questions or want to speak with me please do not hesitate to call.
My phone number is (718) 417-6078 and cell 1-347-429-1581.




Sincerely,
Alicia Soto